| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
|   | United States Attorney |
| 2 | |
|   | BRIAN J. STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | W.S. WILSON LEUNG (CABN 190939) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6758 |
|   | FAX: (415) 436-7234 |
| 8 | |
|   | Attorneys for the United States of America |

FILED

'08 APR 17 PM 3:18

CHASE W. WILKING
CLERK U.S. DISTRICT COURT
[ILLEGIBLE] CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

v.

GREGORY ALLEN WEISS,

    Defendant.

No. 3 08 70235

Notice Of Motion To Seal

The Government respectfully submits this motion to request that the Complaint charging Gregory Allen Weiss, sworn to by Special Agent Joshua Craven of the Drug Enforcement Administration on April 17, 2008, and any related documents and records, be placed under seal. The Complaint charges Weiss with narcotics-related crimes that carry a mandatory minimum sentence of ten years' imprisonment and a maximum sentence of life imprisonment. According to Weiss "rap sheet," he has prior California state court felony convictions for narcotics distribution and firearms possession. Accordingly, the Government respectfully submits that placing the Complaint and related documents and records under seal until after Weiss has been arrested is necessary in order to ensure the safety of the law enforcement officers who will be

United States v. Gregory Allen Weiss
Notice of Motion to Seal

1 | effecting the arrest, as well as the public, as well as to guard against possible flight by Weiss.
2 |     For the Court's convenience, the Government has enclosed herewith a proposed sealing
3 | order.
4 |
5 | DATED:   April 17, 2008          JOSEPH P. RUSSONIELLO
6 |                                   United States Attorney
7 |
8 |                          By: _____
9 |                                   W.S. Wilson Leung
10|                                   Assistant United States Attorney

United States v. Gregory Allen Weiss
Notice of Motion to Seal