

SEALED BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3 08 70235 |
| v. | ) | |
| | ) | [PROPOSED] SEALING ORDER |
| GREGORY ALLEN WEISS, | ) | |
| Defendant. | ) | |
| | ) | |

Upon the motion of the United States, by United States Attorney Joseph P. Russoniello and Assistant United States Attorney W.S. Wilson Leung, of counsel, it is found that:

1. As set forth in the Complaint against Gregory Allen Weiss, sworn to by Special Agent Joshua Craven of the Drug Enforcement Administration on April 17, 2008, there is probable cause to believe that Weiss has violated Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2.

2. That based on the above-referenced Complaint, this Court has issued an arrest warrant for Gregory Allen Weiss.

3. That in order to ensure the safety of law enforcement officers and the public as well as to guard against the possible flight of Gregory Allen Weiss, knowledge of the above-

United States v. Gregory Allen Weiss
[Proposed] Sealing Order

1 | referenced Complaint must not be disseminated beyond this Court and law enforcement officials.

2 |    4.  Accordingly, it is hereby ordered that the above-referenced Complaint, and all
3 | related documents and records, including this sealing order, are placed under seal, and that no
4 | information relating to the Complaint be indicated on any publicly-available docket sheet or
5 | calendar until further order of this Court.

6 |    IT IS SO ORDERED.

8 | DATED:  April 17, 2008

                 HON. ~~JAMES LARSON~~
                 ~~Chief~~ United States Magistrate Judge
                 NANDOR VADAS

United States v. Gregory Allen Weiss
[Proposed] Sealing Order