JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)

Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234

Attorneys for the United States of America

FILED
2008 APR 24   PM 2:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3 08 70235 JL |
| v. ) | Notice Of Motion To Unseal |
| GREGORY ALLEN WEISS, ) | |
| Defendant. ) | |

    The Government respectfully submits this motion to request that the Complaint and arrest warrant dated April 17, 2008, No. 3 08 70235 JL, charging Gregory Allen Weiss with violations of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2, be unsealed. Weiss was arrested earlier today and, accordingly, there is no longer any need to keep the Complaint and arrest warrant under seal.

United States v. Gregory Allen Weiss
Notice of Motion to Unseal

1  For the Court's convenience, the Government has enclosed herewith a proposed
2  unsealing order.
3
4  DATED:     April 23, 2008                    JOSEPH P. RUSSONIELLO
                                                United States Attorney
5
6
                                        By:    /s/ W.S. Wilson Leung
7                                              W.S. Wilson Leung
                                               Assistant United States Attorney
8

United States v. Gregory Allen Weiss
Notice of Motion to Unseal