FILED
2008 APR 24 PM 2:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3 08 70235 JL |
| v. ) | |
| ) | [PROPOSED] UNSEALING ORDER |
| GREGORY ALLEN WEISS, ) | |
| Defendant. ) | |

Upon the motion of the United States, by United States Attorney Joseph P. Russoniello and Assistant United States Attorney W.S. Wilson Leung, of counsel, it is found that:

1. Gregory Allen Weiss was charged in a sealed Complaint dated April 17, 2008, No. 3 08 70235 JL, with violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2, and a warrant for his arrest was issued.

2. Gregory Allen Weiss was arrested on April 23, 2008.

3. Accordingly, it is hereby ordered that the above-referenced Complaint and arrest warrant be unsealed.

United States v. Gregory Allen Weiss
[Proposed] Unsealing Order

1     IT IS SO ORDERED.

2

3   DATED:    April 24, 2008                     _____

4                                                  HON. JAMES LARSON
                                                 Chief United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States v. Gregory Allen Weiss
[Proposed] Unsealing Order