1  ANN C. MOORMAN, ESQ. (CSB 130144)
   Law Offices of Ann C. Moorman
2  308 S. School Street
   Ukiah, California 95482
3  Telephone: 707-462-1844
   Facsimile: 707- 468-0522
4
   Attorney for Defendant
5  GREGORY ALLEN WEISS

6

7                   UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10
   UNITED STATES OF AMERICA,        )    No.:3-08-70235 MAG
11                                  )
           Plaintiff,                )
12                                  )    STIPULATION AND [PROPOSED]
        v.                          )    ORDER MODIFYING TRAVEL
13                                  )    RESTRICTION
   GREGORY ALLEN WEISS.,             )
14                                  )
           Defendant.                )
15 _____)

16      IT IS HEREBY STIPULATED between the plaintiff, through its counsel, W.S. Wilson

17 Leung, Assistant United States Attorney and defendant, Gregory Weiss, through his counsel, Ann C.

18 Moorman, that the condition of Defendant Wiess' pretrial release restricting his travel to the Northern

19 District of California shall be modified to allow travel to Solano County. Defendant's Pretrial

20 Services Officer, Timothy Elder, has no objection to this request.

21      IT IS SO STIPULATED.

22 Dated: June 19, 2008              /s/ Ann C. Moormann
                                     ANN C. MOORMAN
23                                   Counsel for Defendant Gregory Allen Weiss

24
   Dated: June 19, 2008              /s/ W.S. Wilson Leung
25                                   W.S. WILSON LEUNG
                                     Assistant United States Attorney
26

27

28
   Stipulation and [Proposed] Order
   Modifying Travel Conditions
                                           1

1  ORDER

2  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Weiss' pretrial travel conditions be modified to include travel within the Northern District of California and Solano County without prior permission.

**IT IS SO ORDERED:**

June 23, 2008
Dated: _____

HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

Stipulation and [Proposed] Order
Modifying Travel Conditions

2